**Order filed March 1, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00696-CV**
_____

**NANCY JUDITH FRANCO, Appellant**

**V.**

**ARTEMIO OROZCO, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-79679**

---

## O R D E R

The clerk's record was filed February 2, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Petitioner's Motion for New Trial filed October 15, 2021.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 14, 2022**, containing Petitioner's Motion for New Trial filed October 15, 2021.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.